ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| The Haskell Company | ) ASBCA No. 61711 |
| | ) |
| Under Contract No. N40080-10-D-0491 | ) |

APPEARANCE FOR THE APPELLANT:     John Gardner, Esq.
      Senior Counsel

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
      Navy Chief Trial Attorney
      Robyn L. Hamady, Esq.
      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $107,403. This amount is inclusive of interest. No further interest shall be paid.

Dated: October 2, 2020

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_JOHN J. THRASHER_                                _RICHARD SHACKLEFORD_
Administrative Judge                              Administrative Judge
Chairman                                          Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61711, Appeal of The Haskell Company, rendered in conformance with the Board's Charter.

Dated: October 2, 2020


_PAULLA K. GATES-LEWIS_
Recorder, Armed Services
Board of Contract Appeals